# Appellate Case: <u>16 – 14969 FF</u>

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

### <u>Christopher Edward Hallett</u>

*Plaintiff - Appellant*

### VS

### <u>State of Ohio, Et al</u>

*Defendants - Appellees*

---

## TITLE 404: CIVIL RIGHTS, OTHER CIVIL

## RE: FEDERAL CASE: <u>5:16-CV-238-OC-32-TJC-PRL</u>

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION**

**THE HONORABLE TIMOTHY J CORRIGAN
MAGISTRATE JUDGE PHILLIP R. LAMMENS**

---

**INITIAL APPELLANT BRIEF (BLUE)
CHRISTOPHER EDWARD HALLETT**

---

Christopher E. Hallett
16062 SW 34 CT RD
Ocala, Florida, 34473
(352) 470-8460
challett92@gmail.com

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOURE STATEMENT (CIP)

**Christopher E Hallett    .** vs.  **State of Ohio, Et al**    Appeal No. **16-14969 - FF**
11th Cir. R. 26-1(a) requires the Appellant or Petitioner to file a Certificate of
Interested Persons and Corporate Disclosure Statement (CIP) within 14 days after
the date the case or appeal is docketed in this court, and include a CIP within every
motion, petition, brief, answer, response, and reply filed.

**No** Corporation/s involved containing a **"ticker"** ID therefore **"nothing to declare"**.

**Priority one:** the two minor children subject to this case and under my protection

- Amber E. Hallett
- Steven J Hallett

Persons addressed January 4, 2016 in attempt to effect relief / remedy to no avail
before filing this Federal Case: (service of January 10, 2016 available upon
request)

- Trumbull County Child Support
- Attorney Gary Rich
- Attorney Elise Burkey (responded with a threat dated January 18, 2016, submitted)
- Attorney Ben Joltin
- Attorney Debra Smith
- Christina Hallett
- Captain Bradley Blackburn (Youngstown Ohio Police Dept.)
- Sheriff of Marion County Florida (not currently in position)
- Vice President Joe Biden
- US Attorney General Loretta Lynch
- Governor John Kasich (Ohio)
- Attorney General Mike DeWine (Ohio)
- Governor Rick Scott (Florida)
- Attorney General Pamela Bondi (Florida)

- Congressman Paul Ryan (Speaker of The House of Representatives)
- US Senator Mitch McConnell (Kentucky, Senate Majority Leader)
- US Senator Marco Rubio (Florida)
- US Senator Bill Nelson (Florida)
- Judge Pamela Rintalla (Trumbull County Ohio Court of Common Pleas)
- Presiding Judge Timothy J Corrigan
- Magistrate Judge Phillip Lammens

Persons who have responded to the January 4, 2016, letter / notice resulting in filing this case on March 23, 2016, with US District Court Middle District of Florida with continued denials of service (generic Dear Friend letters), or bait and switch of language notices:

- **Nita Matter** (response dated January 29, 2016, Manager Customer Service Call Center Ohio Dept of Job and Family services under direction of Attorney General Mike DeWine's Office stating no remedy available and implying by referral this matter **IS** of **"Judicial Jurisdiction"**)

- **Sharon Gadson** (Trumbull County Child Support Case Manager / Judges Assistant to Judge Pamela Rintalla, bait and switch meaning give us more money)

- **Governor Rick Scott** Response dated January 19, 2016, stating this matter **IS** of **"Judicial Jurisdiction"**

- **Senator Bill Nelson** (Florida) Response dated February 3, 2016, stating this matter **IS** of **"Judicial Jurisdiction"**

- **Attorney General Pamela Bondi** Response dated March 11, 2016, citing denial of AG jurisdiction implying by referral this **IS** a matter of **"Judicial Jurisdiction"**

- **Ms. P Jones** Response dated May 10, 2016, Office of Child Support Enforcement Administration Customer Service Branch, Washington D.C., under delegation of Vice President Joe Biden and in receipt of my correspondence addressed to him personally, stating this **IS** a matter of **"Judicial Jurisdiction"**

ii

- **Trumbull County CSEA** No name, notice dated June 8, 2016, that Appellee State of Ohio is attempting to change the rules, during court proceedings mandating my **"Motion of No Confidence"** in Judge Lammens, allowing them to do exactly what I accused them of doing illegally to remove culpability of wrong-doing. Changing the rules during a trial, as I received Judges orders in the mail July 8, 2016, is not legal

- **Department of Justice** Response of July 6, 2016, declaring this matter **IS** under **"Judicial Jurisdiction" warranting this appeal**.

- **Senator Marco Rubio** (Florida) Letter dated August 18, 2016 directly addressing the Middle District Case number by **"Good Faith Referral"** to the Florida BAR implies **"Judicial Jurisdiction"** in direct contradiction to the current order of record by said court.

## STATEMENT REGARDING ORAL ARGUMENT

This case is unique in that it allows the court to address a long standing, yet seemingly overlooked, problem. Inadequate Counsel and its current understood definition are incomplete in that the current Legal Monopoly has too much to gain by continuing to do so. *Breach of Statutory Duty (1844)* This raises a lot of potential Constitutional and Diversity Jurisdictional Questions. Should the court wish to hear Oral Arguments on this issue upon review of this brief, I would be honored to accommodate such a request.

## **TABLE OF CONTENTS**

Certificate of Interested Parties .................................................…...................... i

Statement Regarding Oral Arguments .................................................…........ iv

Table of Contents ................................................................................... v

Table of Authorities / Cases ............................................…....................... vii

Statement of Jurisdiction ............................................................................ 1

Statement of the issues ................................................................…......... 2

Statement of the case ................................................................................... 5

Case Argument Summary ............................................................................ 6

Argument / Citations of Authority ........................................…................... 8

Fiduciary Duty ..............................................................................…......... 8

Antitrust ....................................................................................…............ 12

Libel ....................................................................................................…... 13

Monopoly ..................................................................................…............ 14

Preliminary Hearing Questions ................................................................... 15

Current Misinterpretation of Evidence .......................................................... 17

Fraud/s upon the Court ................................................................…......... 18

Political Machine ..........................................................................…........ 18

Courts' Responsibility to Police its' Officers ........................................... 20

How the Monopoly Works ................................................................... 21

Democracy In America (quotation) ..............................................24

Emoluments Amendment Language ..............................................…........ 25

How Emoluments Language Applies in this case ............................. 26

Article 4, Section 4 of the Constitution .......................................... 26

Judicial Non-immunity Application/s .................................................... 27

Introduction to the "3 Dimensional" Judicial Scale ........................….... 28

Compromise ............................................................... 28

Subject Matter Knowledge ........................................... 29

Example of a 4 Party Potential Case ............................ 29

Courts of Equity Break Down ..................................... 32

Execution of a Reorganization of the current Monopoly ........................ 34

How this Reorganization will Benefit Practicing Lawyers ................. 35

Calling a Spade, a Spade ............................................ 38

Separating the Breach of Trust / Libel issues from Family Law issues ..... 39

Closing in Respect and Remembrance ......................... 40

Conclusion Statement of Requested Relief ................... 43

Certificate of Compliance ........................................... 44

Certificate of Service ................................................. 45

Department of Justice, Civil Rights Division, Reduced Punishment Letter 3/14/16

4 lined pages provided for Judges Dicta for convenience purposes

## TABLE OF AUTHORITIES / CASE CITATIONS

### UNITED STATES CONSTITUIONAL REFERENCES

*Article IV, Section (4) of the Constitution* …….…………...…………..... 7, 10, 26


**U.S. Codes** ……………………………………………………………….. **pg 1**

*Breach of Trust / Fiduciary Duty* - *U.S. Code › Title 29 › Chapter 18 › Subchapter I › Subtitle B › Part 4 › § 1109*

*Libel* - *U.S. Code › Title 28 › Part VI › Chapter 181 › § 4101*

*Monopolies* - *U.S. Code › Title 15 › Chapter 1 › § 2*

*Counsel's liability for excessive costs / Vexatious Litigation* - *U.S. Code › Title 28 › Part V › Chapter 123 › § 1927*

*Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h)*

**U.S. Codes** …………………………………………………………….... **pg 18**

*Criminal Frauds U.S. Code, Title 18, Part I, Chapter 47, § 1001, § 1031, § 1038 (a) Criminal Violation (1), (b) Civil Action*

### UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Local rule 1.06 (d) ……. 6

### Black's Law Dictionary, Tenth Edition, pages of text referenced in this Brief

Antitrust Law (1890) ………………………………………………… pg 115
Breach of Loyalty (16c) ………………………………………..… pg 226
Breach of Statutory Duty (1844) ……………………………...… pg 226
Monopoly (16c) …………………………………………………… pg 1160
Legal Monopoly (18c) ..…………………………………………... pg 1160
.

## <u>UNITED STATES CONSTITUTIONAL AMENDMENTS IN QUESTION:</u>

### <u>Amendment I</u>

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### <u>Amendment VII</u>

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

### <u>Amendment IX</u>

The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

### <u>Amendment XI</u> [referenced in context to Fiduciary Duty ( pg 9)]

The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. *Tolman v. Finneran, 171 F. Supp. 2d 31 (D. Mass. 2001)*

### <u>Amendment XIV</u>

The 14th Amendment to the Constitution was ratified on July 9, 1868, and granted citizenship to all persons born or naturalized in the United States, which included former slaves recently freed. In addition, it forbids states from denying any person "life, liberty or property, without due process of law" or to "deny to any person within its jurisdiction the equal protection of the laws."

## Cases

*Guaranty Trust Co. v. York, 326 U.S. 99 (1945)* ......................................... 1

*Ulrich v. Butler No. 09-7660* ......................................................... 5, 27

*U.S. V American Telephone & Telegraph, (D.D.C. 1982)* ............... 8, 12, 37

*United States v. Microsoft Corporation 253 F. 3d 34 (D.C. Cir 2001)* ...... 8, 12

*Tolman v. Finneran, 171 F. Supp. 2d 31 (D. Mass. 2001)* ............................ 9

*Marbury v. Madison, 5 U.S. 137 (1803)* ........................................ 10, 13

*Owen v. City of Independence, 445 U.S. 622 (1980)* ......................... 10, 13

*Davis v. Wechsler, 263 US 22, 24 (1923)* ........................................ 10, 13

*Miranda v. Arizona, 384 US 436, 491* ............................................ 10, 13

*Hardwick V. Vreeken, (2017)* ................................................. 10, 14, 33

*Hansberry v. Lee, 311 U.S. 32, 40-41 (1940)* ....................................... 10

*Sherar v. Cullen, 481 F 945* ......................................................... 11

*Miller vs. U.S. , 230 F. 486,489* ................................................... 11

*Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996)* ............... 17, 20

*Plummer v. State, 135 Ind. 308, 34 N.E. 968 (1893)* ................................ 26

*John Bad Elk v. U.S., 177 U.S. 529* ................................................. 27

*Sampson v. Murray 415 U.S. 61, 88 (1974)* ......................................... 32

*Sperry v. State of Florida ex re. The Florida Bar, (1963)* ..................... 33

*Meyer v. Nebraska 262 U.S. 390, 399, 401 (1923)* ................................. 33

*Wilkinson v. Torres, 610 F .3d 546, 554 (9th Cir. 2010)* ........................... 33

*Sims V. Aherns, 271 s.w. 720 (1925)* ................................................ 34

*Haines v. Kerner, 92 S. Ct. 747 (1969)* ............................................ 34

*Picking v. Pennsylvania R. Co. 151 F.2d 240* ...................................... 34

# STATEMENT OF JURISDICTION

This case is solely about the effects of "Bad Advocacy" as a result of a "Legal Monopoly (18c)". Missing the critical reference to Local Rule 1.06 (d), leaving the U.S. Government defenseless in this case. The ignoring of negative bias evidence establishing Diversity Jurisdiction in this case, *Guaranty Trust Co. v. York, 326 U.S. 99 (1945)*. In that all States are sovereign, Florida can not impose a Florida Law or Statute against Ohio; which was why this case was initiated pursuant to the following U.S. Codes.

*Breach of Loyalty Trust / Fiduciary Duty* - *U.S. Code › Title 29 › Chapter 18 › Subchapter I › Subtitle B › Part 4 › § 1109*

*Libel* - *U.S. Code › Title 28 › Part VI › Chapter 181 › § 4101.*

*Monopolies* - *U.S. Code › Title 15 › Chapter 1 › § 2*

*Counsel's liability for excessive costs / Vexatious Litigation* - *U.S. Code › Title 28 › Part V › Chapter 123 › § 1927*

I have been granted permission. Given Good Faith Direction by the United States Department of Justice (information forwarded to the Criminal Division for further investigation file number 3195334). The listed Congressional Members, and an appointed Government Official by Vice President Joe Biden. All based on the same evidence I submitted March 23, 2016 when filing this case. (refer to CIP for cc list)

1

## STATEMENT OF THE ISSUES

1) The term "Gratitude" for finally being afforded the right to be heard; the term itself seems to fall short of my feelings for this opportunity. As it is the most important of sentiments to express, item one (1) here is most appropriate.

2) Any and every action/s taken in any court relies on a "Good Faith Standing" and "Trust" in that those action/s are "True and Valid". The "Fulcrum Point" of the "Scales of Justice" as it were.

3) My Constitutional Rights of Redress and Due Process have been denied to spite what the law says and the fact I have paid for services.

4) My Liberty Interests have been infringed through a manipulation of the court and its Legal Procedures to the point these Procedures have become undecipherable.

5) I was never arrested and or arraigned for any crime/s.

6) I have been threatened by my former counsel Elise Burkey to be prosecuted for sending a "Letter of Inquiry" to her office.

7) Courts of Equity have been perverted from their intended purpose to enforce equality into being used to force Financial Gains. (undisputed allegation)

8) We are under a Legal Monopoly where burden of proof no longer matters as a matter of consequence, and neither do facts.

9) The use of the Subject Matter Jurisdictional Threshold, in this context, is an artificial construct as the Constitution nor the Amendments assert any such language in reference to Due Process. This threshold is clearly a way to manipulate the inclusion of fact/s without respect to validity or consequence.

10) Judges are now forced to practice law from the bench removing the "Blindfold of Justice". Often times in an effort to bring "Balance" to the "Scales of Justice".

11) This Monopoly has betrayed its Trust Relationship to the People of the United States by failing to assign them counsel in this case affording them Due Process.

12) This Monopoly has failed; therefore it is no longer qualified as a "Credible Source" for continued Exclusivity over Judicial Advocacy, Placement of Judges, and Prosecutorial Discretion.

13) My level of education and Licensure as a Fiduciary Practitioner affords me the ability to articulate Breach of Fiduciary Duty circumstances.

14)  The Facts and Mechanisms used in this case remain undisputed with only one party, out of six (6), able to secure counsel. This is an obvious symptom of this same problem. Even the Monopoly itself can't find reason within.

15)  It is easy to repeat the same process incorrectly while thinking the process is correct. We can see this based on recent electoral events in that the country is looking for new ways to "Balance itself" through use of the Ballot Box.

16)  In retrospect it could be argued I have *Provided a Service* to the Court and the Government of the **United States**. My efforts in advocating for that **Trust**, and to remind the court of its placement as the *"Fulcrum Point"* in the *"Scales of Justice"* necessitating this Monopoly Breakup to allow that scale to function properly based on the First Amendment Priority of the Right to be heard.

17)  I have paid my $400.00 to the Federal Court, demanded a jury trial, and my $505.00 to the Appeals Court to proceed with services.

4

## STATEMENT OF THE CASE

This case is a procedural *faux pas* at best considering the facts presented and the language of the "Summons to Appear" in the lower court; not to mention I paid for it under U.S. Government Direction. Thus far; the lower Federal Courts' answer to a *"Breach of Loyalty Trust / Fiduciary Duty and Libel"* case; was to *Breach Loyalty Trust and its Fiduciary Duty* while allowing the *Libel* and obvious consequences against me, without cause or merit, to remain.

The time to argue this case was between January 4, 2016, (date of first contacts) and May 30, 2016, when this case went into "Summary Judgment Status" according to the Federal Rules of Procedure.

My Petition for a "Writ of Mandamus" was also a proper course of action according to FRAP Rule 21, (c).

A district court's decision to deny a preliminary hearing is reviewed for an abuse of discretion. *Ulrich v. Butler No. 09-7660*, A complaint should not be dismissed unless it appears from the pleadings that the plaintiff could prove no set of facts in support of his claim which would entitle him to relief / remedy. Thus, the district court's legal conclusions, which are dispositive of this appeal, are reviewed *de novo*.

## CASE ARGUMENT SUMMARY

The Breaches in Fiduciary.Duty have resulted in Libel, the commission of Fraud/s upon the Court, and potentially the Houses of the U.S. Congress. Civil or Criminal we may never know, in this case, as my Constitutional Right to Due Process under the Seventh and Ninth Amendments remains circumvented. The intention was for the jury to decide who the "Bad Actors" are in this case due to the Vagueness of the evidence documents provided by the State of Ohio in reference to **"Other"** as a **"Payee"**. [Statement of Disbursements submitted March 23, 2016] Documents submitted do indicate they were created as a result of Direct United States Congressional Action under Title IV D and or E of the Social Security Act. Per Local Rule 1.06 (d), cited as follows, Federal Court retains Subject Matter Jurisdiction, and the U.S. Government should have been assigned counsel. *Breach of Statutory Duty (1844)*

> To enable the Court to comply with 28 U.S.C. Section 2403, in any case to which the United States or any agency, officer or employee thereof is not a party, any party who shall draw into question the constitutionality of any Act of Congress affecting the public interest shall forthwith so notify the Clerk in writing, stating the title of the case, its docket number, the Act of Congress in question and the grounds upon which it is assailed.

Documents submitted by Christina Burnham-Hallett to the Trumbull County Eastern District Court containing false allegations which lead to a disastrous and egregious, to the extent of Malicious, proceeding in 2009 resulting and the afore mentioned Libel. These Breaches of Loyalty / Trust have lead to the continuing denials of my most basic Constitutional Rights to face my accuser/s through Due Process for no other purpose than these people want money and have exploited the legal system to get it. ***"Legalized Extortion"***

**Article IV (4) Section 4** of the **Constitution** clearly outlines where Federal Protections are applicable as consequences of incarceration without cause remain.

## ARGUMENT / CITATIONS OF AUTHORITY

1)    The following definition of Fiduciary Duty has traditionally been the **"Standard of Practice"**:

> **Fiduciary Duty:** is a legal duty to act solely in another party's interests. Parties owing this duty are called **fiduciaries**. The individuals to whom they owe a duty are called **principals**. Fiduciaries may not profit from their relationship with their principals unless they have the principals' express informed consent. They also have a duty to avoid any conflicts of interest between themselves and their principals or between their principals and the fiduciaries' other clients. **A fiduciary duty is the strictest duty of care recognized by the US legal system.**

The Government of the United States hinges on this very definition as its continued existence requires the **"Consent of the Governed"**. Any and every action taken must be done so with the strictest of care, attention to detail, empathy, and in the interest of Individual Rights and Freedoms. It is this very definition that has kept the United States strong since **1776**. **"Trust"** as an individual concept is not given, it is earned. Earned on the basis that every action pays its due respect to the Rights of the Individual citizens under its protections over those of the Government, any connecting agency, or agent who's purpose is to **Serve the Public Trust**. *U.S. V American Telephone & Telegraph, (D.D.C. 1982), United States v. Microsoft Corporation 253 F. 3d 34 (D.C. Cir 2001)*

8

2)    That said; we have reached an impasse in that this case demonstrates the courts' only source of interpretation and education can no longer be trusted as a Monopoly Interest. "No Confidence" is more than a "Career ender", in this context, it could be a "Constitutional ender" as per the intended purpose of every word written in it.

3)    This **"Trust"** is not to be taken lightly and must be redefined in such a manner as to preserve and protect the **Constitution, The Bill of Rights**, and **The Declaration of Independence** as the Laws of the Land We The People depend on per the "Oaths of Office" each of you took before assuming your positions / posts. [The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law]. *Tolman v. Finneran, 171 F. Supp. 2d 31 (D. Mass. 2001)*

4)    These Oaths of Office do have a meaning and a purpose beyond pomp and circumstance. They are a "Verbal Contract" entered into under the premise of your "Free Will" to execute your duties per the obligations of that position or post without regard to "Personal Interest/s". I too have taken the Fiduciary Oath to act in the best interest of my client/s; I fully comprehend those responsibilities and potential consequences of failing to perform the tasks associated with those duties which affords' me "Standing" to pursue this case.

9

5)    The Court has failed to perform its Fiduciary Duty, per the cited U.S. Codes and Cases, to properly execute Legal Procedure under the controlling interest of a Legal Monopoly, while simultaneously inflicting Excessive Due Process, under Rules of that Monopoly which clearly violate the intended purpose of this Judiciary as a House of Honor. *Breach of Statutory Duty (1847)*

6)    At the end of the day we see these actions for what they are as based only on money, lies, and deceits; cases without one fact or shred of evidence, but with real and looming consequences. These same people want to put me in jail for not paying their extortion. *Marbury v. Madison, 5 U.S. 137 (1803), Owen v. City of Independence, 445 U.S. 622 (1980), Davis v. Wechsler, 263 US 22, 24 (1923), Miranda v. Arizona, 384 US 436, 491,*

7)    Eight (8) separate case actions which clearly violate my Personal Liberty Interests construed through use of a dead language (Latin Legal Gibberish) to secure a financial outcome beneficial to these same "Bad Actors" in blatant contradiction to my First (I), Seventh (IV), & Ninth (IX) Amendment Rights of Redress, and Fourteenth (XIV) Amendment Right of Liberty Interest. *Hardwick V. Vreeken Case: 15-55563, 01/03/2017, ID: 10251467, 18 U.S.C. § 1621, Hansberry v. Lee, 311 U.S. 32, 40-41 (1940)* As my Inalienable Rights have so been infringed,

10

now proven without cause; **Article IV (4) Section 4** of the Constitution clearly outlines where Federal Protections are applicable in this case.

8)    As a <u>Licensed Fiduciary Practitioner</u> entrusted to complete transactions of Lands and other Personal Properties associated with these transactions which forever change the course of People's lives; it is my belief I can also be trusted to handle my own affairs using these same principles and practices in court. However the conditions I encountered were ones of Extreme Arrogance and Contemptuous Treatments for exercising my Constitutional Rights to seek Justice through the Court, and a Jury of My Peers as directed by various figures of authority in various branches of Government. *Sherar v. Cullen, 481 F 945, Miller vs. U.S. , 230 F. 486,489,* A process for which I have also paid; twice being the current count in Federal Court and the Appellate Court, not counting state and local courts. I paid for the process used to commit extortion against me.

9)    Courts of Equity, as perverted by the Rules of the BAR, often result in at least one party proceeding without representation (as seen in this case) with the BAR conducting business. In these court processes they are acting as a For Profit Legal Monopoly and in clear violation of Anti-Trust Laws set forth by THE CONGRESS OF THE UNITED STATES.

**Antitrust:** of or relating or being legislation against or opposition to trusts combinations; **consisting of laws to protect trade and commerce from unlawful restraints and monopolies or unfair business practices.**

As necessity being the mother of invention; it is my recommendation the Private Entity currently known as the BAR be dissolved and redistributed as it has become incapable to perform its Sworn Loyalty Fiduciary Duty to prevent abuse of the People as unfair business practices and Constitutional Violations have clearly resulted in this case. *U.S. V American Telephone & Telegraph, (D.D.C. 1982) United States v. Microsoft Corporation 253 F. 3d 34 (D.C. Cir 2001)*

> Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (hereinafter referred to as the Tunney Act). See Part I(C) and II infra. The statute was sponsored by Senator Tunney of California.

10)    As a unit of measure: False / Libelous entries into my Public Record File, un-adjudicated entries, are having detrimental effects on my "Good Standing" in the community often times resulting in "Shaming" without cause. As seen in this case, these entries directly interfere with my ability to obtain gainful employment. ie: Trumbull County Ohio Case: *2009 DV 00028* with the description *(Domestic Violence with Children)* though no proof of said crime was ever submitted for re-examination under the Due Process Clause of the 14th Amendment.

12

11)     This was done with the clear intention of maintaining a measure of "Control" over me under "Temporary Orders" to "Utilized at their own Discretion" to force an ongoing false financial obligation while hiding behind those same "Temporary Orders" under "Separation of Powers" language they wrote under their Monopoly Interest. As a licensed fiduciary practitioner, I would expect a lawsuit based on this failure alone.

**Libel:** <u>A published false statement that is damaging to a person's reputation; a written defamation.</u>

12)     Based on a letter released by The United States Department of Justice, Civil Rights Division, dated March 14, 2016, (attached) which outlines 7 specific criteria which clearly classify these actions as Vexatious Litigation. We can now conclude the BAR is acting as a Legal Monopoly through Frivolous, Malicious, and Unfounded Litigation Processes to unjustly use Prosecutorial Discretion under the lesser Preponderance of evidence standard for the purposes of Financial Gains for its members, and this Government under Title IV D and E of the Social Security Act; or what I refer to as "Taxation By Intimidation". *Marbury v. Madison, 5 U.S. 137 (1803), Owen v. City of Independence, 445 U.S. 622 (1980), Davis v. Wechsler, 263 US 22, 24 (1923), Miranda v. Arizona, 384 US 436, 491, United States v. Microsoft Corporation 253 F. 3d 34 (D.C. Cir 2001),*

13)    It has always been a forgone conclusion that when a person is faced with a
"Charge"; that person has the right to face their accuser per the Constitutions' Due
Process Clause and associated Amendments. I instead found myself in a position of
having to prove my innocence of a crime that had never been committed, but based
on a Malicious Unfounded Allegation of Domestic Violence. *Hardwick V.*
*Vreeken, (2017)* This of course took me surprise as I had not broken the law, and
retained an attorney. An attorney I trusted to follow my directive to demand a court
proceeding which would afford me my right to face my accuser. This did not
happen. This attorney, whom I paid and trusted to act as my Fiduciary, had instead
betrayed my trust, placing me in my current position with consequences I still face
8 years later.

> **Monopoly: Market situation where one producer (or a group of
> producers acting in concert) controls supply of a good or service,
> and where the entry of new producers is prevented or highly
> restricted. Monopolist firms (in their attempt to maximize profits)
> keep the price high and restrict the output, and show little or no
> responsiveness to the needs of their customers.** Most governments
> therefore try to control monopolies by (1) imposing price controls, (2)
> taking over their ownership (called 'nationalization'), or **(3) by
> breaking them up into two or more competing firms.**

## **Preliminary Hearing Questions**

14)    This begs the questions: (I never did get to ask)

- "What Due Process?"

- "Who's interpretations of Due Process?"

- "In which branch of Government do I seek relief / remedy through, as the court seems to Lack Subject Matter Jurisdiction over Breach of Trust, and Libel cases?"

- There are no dead bodies; no evidence of any crime/s committed by me was submitted during proceedings.

- I was never arrested.

- I sent requests for instructions to anyone and everyone I could think of in due diligence asking for direction starting in January 2016 till I filed this case in March 23, 2016. CIP contains cc list.

- "Why was Prosecutorial Discretion applied in a Civil Matter under the lesser Preponderance of the evidence Standard?"

- "What color of authority made the decision that Prosecutorial Discretion should be applied in these cases?"

- "Is there some Threshold or Learned Treatise in the Law of Evidence of which I was not made aware?"

15

- "Why did my attorneys Breach their Trust as my fiduciaries to the point those breaches resulted in Libel and continuing suffrage?"

- "Why was the US Government not entitled to counsel even though I clearly alleged a Direct Congressional Action resulted in harm as requested in filing dated March 26, 2016 in Answer to an Order to Show Cause [page 5 paragraph 11] per local rule 1.06 (d)?"

To enable the Court to comply with 28 U.S.C. Section 2403, in any case to which the United States or any agency, officer or employee thereof is not a party, any party who shall draw into question the constitutionality of any Act of Congress affecting the public interest shall forthwith so notify the Clerk in writing, stating the title of the case, its docket number, the Act of Congress in question and the grounds upon which it is assailed.

- "Who is going to have to answer for this most serious problem? Isn't leaving the US Government <u>Defenseless</u> a form of **Desertion** or even **Treason**?

**Breach of Statutory Duty (1847)**

All questions I had intended to ask during proceedings, but I was denied my right to do so in spite of Constitutional Mandates, Good Faith Directions by multiple Authoritative Sources, and I even paid for it.

15)    By now you must be perplexed in that the District Court Judge construed this case as a Family Law case, and asking: "Where are all the references to the evidence presented?" <u>Good Question.</u> The real answer is: "That assessment was

inaccurate in that the evidence presented, though based on the Family Law (ish)

Cases, none of it was disputed by any of the parties called to these proceedings,

and so further discussion of it is moot. The evidence could have just as easily been

based on a Real Estate Deal gone bad due to a failure in the Fiduciary's Duties.

16)    There was no dispute in that my counsel never acted on my behalf which

resulted in harm. No dispute over the fact the false allegations of Domestic

Violence have lead to a false debt. No dispute of the allegation of any piece of

evidence that can exonerate me has been conveniently classified without cause or

Due Process. No dispute of the allegations of the perversion of Courts of Equity

from their intended purpose. No dispute of the fact only one (1) party was able to

secure counsel.

17)    That being said: There is also no dispute in that the evidence of the Breaches

in Fiduciary Duty and Libel per the cited U.S. Codes, apply. *Warnock v. Pecos*

*County, 88 F.3d 341 (5th Cir. 07/08/1996), [The Eleventh Amendment does not*

*protect state officials from claims for prospective relief when it is alleged that state*

*officials acted in violation of federal law].* The primary function of counsel has

resulted in Losses and continuing consequences to me as a Citizen and now my

Government I choose to Support and Defend. These continuing consequences are

real. The "Choice" not to act per my instructions as a paid client is just as real.

17

18)	The correct questions become: <u>"Where does the Courts' Loyalties and Allegiances Lie"</u>? <u>"With the current Legal Monopoly, or with the People per its Intended Purpose, and its duty to Interpret the Constitution under the Canons that Govern it without bias or other interest/s"</u>? **[Breach of Statutory Duty (1844)]** "Do these actions rise to the level of Civil or Criminal activity?" These were questions I was willing to pay for services to the court to answer by means of a jury trial. Therefore it is as simple as "Ignorance of the Law is no excuse." Taking money to perform a service for the court, and then not performing that service is **Fraud upon the court** is it not? *Criminal Frauds U.S. Code, Title 18, Part I, Chapter 47, § 1001, § 1031, § 1038 (a) Criminal Violation (1), (b) Civil Action,* If we are being honest? You want to hear the story of a failed marriage again about as much as I want to tell it again. (see Appendix for evidentiary references)

19)	As long as we are being honest; I think we should also address another "Elephant in the room". Knowing and fully comprehending what this could mean for the "Bad Actors"; their current positions of power, and the weak / vagueness in the current decision from the lower court in spite of my Good Faith Direction to proceed from the cited sources. I realize the possibility of someone calling in a favor to attempt to quash this case as I do understand how the Political Machine works. I too have had a Political Machine to navigate throughout my entire career

18

therefore I understand its impact on all matters, and in all contexts to influence desired outcomes.

### Democracy in America (1840)

**"Lawyers in the United States form a power that... envelops society as a whole, penetrates into each of the classes that compose it, works in secret, acts constantly on it without its knowing, and in the end models it to its own desires."** ~ *Alexis de Tocqueville*

20)    As I do not believe in coincidences where **"Loyalty / Trust"** is in question based on a lifetime of experience. This court has to acknowledge the optics of the following facts are not good.

(a) Arthur Bentley (the attorney assigned in the now dismissed 16-15336 case) and Elizabeth Tosh (also apposing counsel) happen to both reside in the Tampa Bay area miles away from the actual proceedings.

(b) The Ocala State Attorney, Brad King, was not assigned to this case instead as it is his local court per the cited local rule.

(c) The only party able to secure counsel in this case; her father happens to be a sit in judge. I realize there is no way you could know this fact; but you must admit, from my perspective, the optics are not good.

(d) In spite of the meaning of "Summary Judgment", the extended timeframe granted to the Appellees in this case to settle this before I filed this case; this

argument boils down to these Appellees getting away with ignoring page one (1), and consequently all, of Judicial Procedure/s. The questions of "Loyalty / Trust" and how it has been breached are painfully obvious.

21)    Do to the serious nature of the court not willing to exercise proper discretion in this case in policing its own officers; allegations of corruption within the court are certainly valid. *Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996) [The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law].* I have provided sufficient testimony and evidence to substantiate my claim. Use it. Use me if you have to. What more harm can come to me? These people have already taken everything that matters without one shred of evidence to justify their actions.

22)    The current misapplications of law have included items such as: "Temporary Support Orders" that define nothing except how much money is owed based on some fictitious formula which pays NO respect to facts or evidence resulting in greater conflicts between the parties. This case also includes "Extra Ordinary Costs" which this fictitious formula does NOT account for almost always resulting in a greater than 50% of net income loss on me as the payer. The party, yet again left without counsel, but a forced debt is incurred upon the defenseless

party, (ME), while the Latin Legal Gibberish is exchange behind closed doors, not in camera, in Trumbull County Eastern District Court of Ohio. I find it particularly odd that it has never occurred to anyone in Ohio; this "process", might become a problem. *"Houston; I believe we've had a problem here."* ~ *Fred Haise, Jack Swigert, [Apollo 13 Mission, April 11, 1970 to April, 17, 1970.]*

23)    The indefensible false allegations of Domestic Violence with the sole intention of prejudicing the court in favor of one party over the other. These allegations have lasting effects resulting in loss of job / career, leaving these **"Victims"** of these false allegations indigent / dependant on other family / friends to survive while these extended Undecipherable Litigation Processes play out.

24)    The, now undisputed, method used to accomplish their current objective by using the Judiciary as a Weapon has been as follows:

**(excerpts of these allegations and assertions filed May 26, 2016)**

Quoted from THE DECLARATION OF INDEPENCE

*"Governments are instituted among Men, deriving their just powers from the consent of the governed, that whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness."*

A)    I, as the payer and father, did not consent to the assimilation and usage by the State of Ohio, nearly 80% of the funds dedicated to support my children. As I have already pointed out through previous Statements Governor Kasich relabeled Child Support in Ohio as income in order to be able to legally assimilate these funds for state government use in balancing "his" budget. Common knowledge dictates this improper appropriation of funds is illegal which makes this action "Taxation by Intimidation" which causes family hardships and is criminal in the eyes of the People.

B)    The fact the "vague" term of "Other" is used to disguise and conceal these deceptions establishes "Destructive" intentions to the Rights of the individual so the State of Ohio may appear "Benevolent" to a larger majority for personal gains in the forms of "Votes to remain in office", "Campaign Contributions", and "Attorney's Fees" (Special Project Judges Divorce). The motivation is to maintain control of a "Self Serving Government" and "Shame or Intimidate" any who appose them through a "Manipulation of the Judiciary" by method of a language only its association members speak; leaving me defenseless to live in fear under a "Substandard State of Political Correctness" without "Real Access" to "Due Process" and "Honorable Justice". Continuing to allow these destructive methods and, misuse of "Due Process" against the People, is Dishonorable to this Judiciary and the People to whom it serves. These Advocates also establish a "Cost of Justice" where none is written or even implied under Constitutional Law thus creating a

"Negative Bias" as to ability to pay for "Real Access to Due Process" leaving people no choice and subject to their "Deceptive Unethical Practices" and "Merciless Judgments".

C)    The Constitution, Bill of Rights, and the Declaration of Independence dictate the Government be comprised of three branches of equal power and authority. The Bar Association and it's members have NO real power of authority granted to them by the people, yet they have managed to infiltrate every branch of Government instituting "Rules" and "Policies" outside of the public's control. In that "Privatization" and "Membership Only" status they have utilized the dead Latin language as a means of communication and insure our continued dependence justifying their continued "need".

D)    Until now the need to question this relationship of "Trust" and "Ethics" between this association and the People was not necessary. Since this new issue of "Entitlements" has arisen under current circumstances of using my children against me for the financial gains of the Government, and intimidation to comply against my will. This, clearly arrogant, "private entity" HAS "assumed power" over all three branches of Government. Our three branch system has become "One single entity" speaking a different language than the people it governs in contradiction to the intent of the "Fore Fathers" to insure the "People Govern Themselves" on Principles most likely to effect their Safety and Happiness. Latin legal gibberish aside, this is it and we all know it.

23

25)    As history seems to have a way of repeating itself, the following Defense Mechanism must be reinstated to insure a Balance within the Judiciary be maintained. That balance being an available Defense against this misuse of Prosecutorial Discretion to affect a financial outcome in favor of Title IV D and E of the Social Security Act which has resulted in *"Taxation by Intimidation"* as the evidence in this case is undisputed. The current Monopoly derives funds from this same Title through these Undecipherable Litigation Processes which result in this unreasonable Taxation.

The Fore Fathers knew that "Absolute Power corrupts Absolutely" during the construction of the Constitution and wrote language against the high power European bankers and lawyers of the time period as its original 13th Amendment read as follows...

**"If any citizen of the United States shall accept, claim, receive, or retain, any title of nobility or honor, or shall, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."**

During the war of 1812 when the Capitol Records building was burned, those European bankers and lawyers this Amendment was written to protect us from illegally rewrote its language to read as it currently does about Slavery absent the language of bankers and

24

lawyers enabling them to do exactly what they have done to me in this case.

Dating as far back as to the beginning people have remained suspicious of these bankers and lawyers so this concept is not new. This case demonstrates evidence this Amendment should be re-ratified as it was intended to restore Public Trust in government and this court. People have always felt strongly that those who articulate law should not be the same as those whom we trust to interpret the law. This current concept, absent that language, negates the true intention of the "People Governing Themselves" and allows too much room for corruption and misuse of power and perversion of Public Offices against the people. Again I refer you to Attorney Burkey's threatening letter to me to use the Prosecutors Office "AGAINST ME" in this case as proof of this assertion. It is also clear that punishments for these crimes were historically intended to be swift and severe. **(end excerpt)**

26)    Why is the "Emoluments Amendment Language" important to this case?

The current Constitutional Emoluments Clause is incomplete without the

Amendments Language; therefore the Clause itself is unusable in context with

respect to interpretations of its intended purpose. In other words, the term without

its complete definition can not be applied as intended. As it became clear, based on

recent Electoral Events; the Country has begun to look for people of my skill set

and background for leadership in Government. Right, wrong, or indifferent I

became aware a new Business Model needed to be constructed based on the

"Needs of the People" and not only the "Needs of the Government" with its'

chosen few Elites. **Article IV, Section (4)** of the **Constitution:**

> **The United States shall guarantee to every State in
> this Union a Republican Form of Government, and shall
> protect each of them against Invasion; and on Application
> of the Legislature, or of the Executive (when the
> Legislature cannot be convened) against domestic
> Violence.**

27)    The People have used their Power of the Ballot Box to express their

dissatisfactions with this current Monopoly Status Quos. Exactly how far are we

willing to go to get to the end? [(Metaphorically speaking); What's next knowing

the Second Amendment option? Do they expect us to bring pens to gun fights?]

That is NOT a threat, but merely a simplistic fact based on History, Constitutional

Law, and Case Law. *Plummer v. State, 135 Ind. 308, 34 N.E. 968 (1893), John Bad Elk v. U.S., 177 U.S. 529,* Personally; I prefer the, more civilized, First Amendment option of settling this here in this venue as the positive effects are farther reaching and longer lasting.

**Judicial non-immunity** *Ulrich v. Butler No. 09-7660*

While a Judge performing Judicial functions may enjoy Immunity, denial of Constitutional and Civil Rights are absolutely not a judicial function and conflicts with any definition of a Judicial function.

Case Law also states that when a judge acts as a trespasser of the law, when a judge does not follow the law, he then loses Subject Matter Jurisdiction and the judges orders are void, and are of no legal force or affect.

That failure to follow simple guidelines of their post makes a judge's action no longer a Judicial Act but an Individual act as the act represents their own prejudices and goals. The Supreme Court does hold judges accountable when their knowing and willing actions fall outside the boundaries of their job description.

28)    If I may play "Devils Advocate" here: (no pun intended) As a matter of course knowing there can be many sides to an argument; there should be at least as many Practicing Organizations with equal standing in court to litigate as there are sides to an argument, or Subject Matters as the current articulation reads. The architects of the Constitution believed in there would be growth. In that growth Due Process might sometimes be necessary, and provided the "Living Law Concept" to accommodate for this growth.

27

29)    The simple fact is, We The People have outgrown the Single Entity Judiciary. We have outgrown and expanded from being dependant on a "2 Dimensional Scale" into the need for a "3 Dimensional Scale" in some cases and courts. This should be celebrated as a step forward into New Markets and "Specialties of Law" that require people, both advocates and judges alike with Subject Matter Knowledge to advocate for, against, or other, and pass judgment as needed. "Social Control" as written per the current Legal Monopoly, is not what is written in the Law of the Land, "<u>Domestic Tranquility</u>" is, what is written.

30)    What do I mean "2 Dimensional Scale" vs. "3 Dimensional Scale"? Not every issue / case amounts to "Yes" or "No", "Right" or "Wrong", and / or "Win" or "Lose". Some issues are more complex. When there are 3 or more sides to an argument (3 Dimensional Scale) requiring 3 or more "Weight Platforms" on the scale where all sides must be considered equally ending in a Compromise. Not "Temporary Orders" as things currently are. A Compromise can be most easily defined as:

> **"A solution with which no party is completely satisfied, but provides reasonable conditions for each party to be able to continue and adapt as needed, based on that parties own Individual circumstances, while not directly or indirectly interfering in another parties Individual Liberty Interest/s."**

28

31)    What do I mean "Requiring Subject Matter Knowledge"? I will explain with the following personal career experience:

Customer presents with a BCM related failure with the AWD indicator illuminated. The unit was reprogrammed, all sensors visually inspected, pulse values appear consistent. Vehicle released to customer, No Charge. This process was repeated 3 times within a 6 month period. Upon the forth (4) repeat of the same problem the customer demanded further action as these continuing failures were becoming tiresome. The Service Center agreed and replaced the BCM free of charge. Upon the fifth (5) failure the customer was understandably becoming angry. The Service Center complied with the customers request to replace the AWD sensor and connecting wiring harness linking the transfer case to the BCM as those had not been serviced.

32)    Upon the sixth (6) failure the customer presented the Service Manager with the car and a Lemon Law Complaint. The Service Manager took the appropriate action per policy, and called the manufacturer to send an Engineer to the Service Center. Customer was sent on his way with a non-conditional Loaner Vehicle to drive for the duration of the repair period. The Engineers' report read as follows:

33)    Upon a two (2) week closer inspection of the "BCM Fault Information" I conducted a detailed inspection of the R/F ABS System leading to the discovery of a faulty Reluctor Wheel. A hairline fracture resulting in sporadic and inconsistent pulse data while at normal running temperature. The CV Axle was immediately replaced with a new part (the Reluctor Wheel is pressed onto the CV axle making them one part). I drove the vehicle for a period of 2 weeks under "Standard in-town daily driving conditions while connected to my laptop to monitor ABS Pulse Data through the OBD II port." The BCM problem did not present again and the vehicle was returned to the customer free of charge. (9 month process from initial complaint to repair date)

34)    Without knowing; what a BCM (Body Control Module), AWD (All Wheel Drive), Transfer Case (4 wheel drive mechanism), R/F (Right Front), ABS (Antilock Brake System), Reluctor Wheel (The defective part sending the inconsistent pulse data to the BCM), CV Axle (Constant Velocity) Axle, and OBD II (On Board Diagnostic Port), are; you might consider this story to be egregious as to the extended parts list, timeframe, and inconvenience to the customer. Does it not make more sense to delegate people with this "Subject Matter Knowledge" to deal with these types of complex cases? While paying due respect to established

30

Judicial procedures; This type of "Jargon" is more common place than the current structure realizes, or makes provisions for reasonable adjudication.

35)    However this was the only story of my entire career (starting in 1988) where I was personally made aware of a "Reluctor Wheel Failure". As this is typically a "Non Wear Part", due to the fact it is made of "Tempered Steel" on any vehicle. The Reluctor wheel looks like a simple gear that works in tangent with a "Magnetic Sensor" sending low voltage pulse data to the BCM; which tells the BCM if the tire is turning at the same speed as its counterpart on the same axle. Right Front consistent with Left Front, and rear axle same thing; if not the ABS System responds appropriately during braking to correct the discrepancy, or if excessive speed on the drive axle is detected? The AWD is instantly engaged to stabilize the vehicle for better traction in slippery road conditions. To visually inspect the Reluctor Wheel itself requires a lengthy disassemble process of the corresponding Wheel Hub Assembly to access it for inspection. As this is not a normal service procedure this process is not often repeated for this purpose, or is it listed in the Technicians Service Manual as a "Known Fault".

36)    Based on this story would you conclude there was any "human fault" warranting further "Legal Action"? As the Service Center DID find and repair the fault at its own expense, to the point of calling in a Vehicle Manufacturers'

Engineer to assist; even providing a non-conditional loaner vehicle to the customer while repairs were underway?  Or would you simply ask the filing party (customer) to think reasonably and rationally seeing the extraordinary effort to fix the problem put forth by the Service Manager, Service Center, and Vehicle Manufacturer; efforts to take care of this very unique problem knowing now that the vehicle is repaired and functioning normally at no charge for any repairs to the customer?

37)    There are potentially 4 parties here (counting counsels' interest) with substantial investment both with time and money over a hairline fracture of a $5.00 part; the Customer (his counsel), the Dealer, and the Vehicle Manufacturer, but resulting in a successful repair. Does the "Lemon Law" apply, or should this be treated as an "Equal Investment" based on each parties ending up with satisfactory results? Therefore dismissing the customers' Legal Complaint?


38)    When the courts says "Subject Matter Jurisdiction"; this is what reasonable everyday People equate with that description. "Relevant Subject Matter Knowledge". Just because there is no "Latin Legal Designation" for the term "Reluctor Wheel", does not negate the fact they exist. The same can be said for *"Breaches of Loyalty / Trust"* in that the "Subject Matter" of those breaches bares no relevance to the act itself. *Sampson v. Murray 415 U.S. 61, 88 (1974)*

32

39)    Since *Courts of Equity / Family Law Courts* seem to be the source of confusion in this case; I will start there. The current thinking of there only being 2 parties in these cases is in <u>error</u>. Why else is there so much contention in this category? There are at least 3 parties, depending on how many children are involved, and those voices need to be heard and considered equally as well.

40)    The current 2 Dimensional Scale, using Guardians ad Litem comes close, but still places the children as the "Lever" in the Scale as a matter of consequence. Almost always resulting in undo stresses on them they can not articulate. This is unacceptable. *Sperry v. State of Florida ex re. The Florida Bar, 373 U.S. 379, 83 S. Ct. 1322, 10 L.Ed. 2d 428 (1963)*

41)    Children's needs and Liberty Interests must be addressed as a <u>"PARTY"</u> in these cases well beyond what financial issues the current (2 Dimensional Scale) addresses. They are human beings with Liberty Interests and Rights to both Parents. Amendment XIV (14), *Meyer v. Nebraska 262 U.S. 390, 399, 401 (1923)* Their needs, desires, and Liberty Interests are our responsibility as adults to insure as they continue beyond the needs of the parents or the court.

42)    Food, clothing, Shelter, School, and Social Growth being of the first priorities of direct consequence to them as human beings as they learn and grow; failing to continue to address this most important concept places anyone that

interferes in their Liberty Interests as a "Bad Actor". *Wilkinson v. Torres, 610 F*
*.3d 546, 554 (9th Cir. 2010) Hardwick V. Vreeken (2017), 18 U.S.C. § 1621*

43)    Children did not ask to be born. Therefore THEY take priority over the
needs of any other party, especially the court. Children are the single most
important part of our lives and need to be considered as the primary weight on the
"3 Dimensional Scale", and accommodated appropriately. Only then can we
"Balance the Scales" properly.

44)    Will we get it right on paper at first? Probably not, but we will figure it out
as time goes along and tempers subside. The children themselves will figure out
how to insure this balance on their own. Our job is to make sure they have what
they need to accomplish it. As lawyers are not often qualified as "Subject Matter
Experts" of "Financial Issues"; Accountants should be considered in the division of
Marital Debts and Assets in complex divorce cases. Those reports can then be
submitted to the court for review and consideration to be divided per circumstances
of that individual case.

45)    If We The People have learned anything in more than two hundred forty
(240) years; it is that **Injustice is Expensive**, but **True Justice** is **Priceless**. I never
said that lawyers have no place in the Judiciary. I also never professed to be one.
*Sims V. Aherns, 271 s.w. 720 (1925) Haines v. Kerner, 92 S. Ct. 747 (1969),*

*Picking v. Pennsylvania R. Co. 151 F.2d 240,* I am **(Dad)** as indicated by my name on the signature line of each document; and a Business Man by definition. I look forward to the day we can return to the "Business of Law" and work together in common cause as I have other work priorities to pursue as well.

46)    All I am saying is that lawyers' Job Descriptions' have evolved necessitating a more focused direction more in common with what Realtors enjoy. The ability to Specialize and focus on one thing and do it well. I would think a more focused direction would be a welcomed change for them as their jobs are about to get a whole lot easier. Lawyers should have the ability to organize "Specialties of Law" on their own as their markets demand. It seems to be such a waste of talent and education to limit them the way the current Monopoly does. Living a life of "Fear of Reprisal or Retribution" is no life at all. This just feels wrong on so many levels.

47)    They should have the ability to maintain an Organizational Network within the Legal Community under the same legal limits as the rest of us. Exchange knowledge and information in the interest of service/s to their client/s without the limitations of 2018 plus pages *(Blacks Law Dictionary, Tenth Edition)* of Statutes and Irrelevant contradictory Rules of a Monopoly. Provide multiple forms of services to clients in aiding them as they do their business. Be that starting a

business, or navigating a current one. ie: Franchising, Independent, Corporate, whatever the clients' needs.

48)    I can not even wrap my head around the current status of what being a lawyer must encompass. Having to be all things to all people in a world of rules and statutes that tie their hands telling them what the can NOT do, but here is your BAR card. Go to work and be stuck with a lifetime of debt for law school that only taught you the limits of advocacy. Watch your mailbox for more limitations we will charge you for and call them "Continuing Education". Do not dare say or do anything against the BAR / Monopoly or we will pull your card.

49)    What happened to the Right to question authority? How is this to be construed as a reasonable request of a person? How can they be expected to survive in a system that takes years to navigate under rules that silence them? How is this excessive timeframe anything other than detrimental to a client as the Constitution itself specifically says "Speedy Trial" implying "Speedy Due Process" as well? The current monopoly model leaves us with more questions than it delivers answers / usable interpretations.

50)    Is it any wonder that we can not even communicate on some form of common ground? We no longer speak the same language. Is it any wonder the country is wound up tighter than a Snare Drum? Make no mistake, I genuinely feel

empathy for the position some of them must find themselves in as a result of the actions of others. **Been there. Done that.**

51)    This is expressly why the **"Trust"** relationship needs to be redefined to include more points of view before this gets farther out of hand than it already has. Redefined to accommodate for growth and prosperity on both sides of the isle in whatever context that might be, or in whatever direction we choose to define it; per the "Living Law Concept". Because the Monopoly we have now is no longer sufficient, nor does it work.

52)    If we follow the same successful pattern we used in the AT&T breakup? *U.S. V American Telephone & Telegraph, (D.D.C. 1982)* We can realize that spawned entirely new telecommunications markets nobody could have ever foreseen. In 1982 the term "Cordless Phone" meant something entirely different than it does today. Markets have a way of finding balance on their own. We can steer occasionally if things go off kilter, but allowing things to settle down on their own seems to be the best working model we have ever witnessed throughout history. In other words; returning the power to where it belongs, with the <u>People</u>. You do not need a law degree to see that.

53)    Let's call a Spade, a Spade shall we; I feel compelled to be honest in informing the court of what is not going to happen. As I have "Committed No Crime", no further punishment is justified in that there will be no more payments to this fictitious circumstance in which these same **"Bad Actors"** feel **"Entitled"** to extort money from me. I am not going to continue to be **"Bullied"** by the BAR or any of its "Offspring" (for lack of a better expression). I am no longer going to be treated with such **"Disregard"** or **"Disrespect"** as my Position, Career Accomplishments, and "Standing" both in this court and in the community dictate the opposite treatments have been well earned.

54)    If the court wishes to incarcerate me for "Standing" up for myself and my Inalienable Rights? So be it, but know that nothing lasts forever. The truth "Has" come out and the "Bad Actors" have been identified. Good luck convincing twelve (12) people that I deserve to be incarcerated without cause because I will no longer be extorted of my life or my earnings. Therefore on the issue of **"Trust"** and these facts being known; between the opposing side and me, who is the court going to side with? The known liars and thieves? (these same people that got us here) Or me and my long standing record of accomplishments in multiple communities?

55)    As previously stated, I do have other work priorities other than this case and fighting in court. I am also willing and able to continue to "Build my Community"

38

as I always have. I do not feel the relief and remedy I have set forth is unreasonable under the circumstances knowing that the majority of it is going to be invested in my local community in the form of a Vocational School for 11th and 12th grade high school students. Should the Court feel the need for my continued service to my community in the future? Also as stated, I would consider it an **"Honor and a Privilege"** to serve the **"Common Good"**.

56)    As for the Family Law portion of this case; I will handle the heavy lifting on that matter here in Florida upon conclusion of this case. I also imagine by now you have realized this case is not about attacking lawyers or even the Court, to the point my many attempts to avoid it can not be denied, nor can my obvious losses, suffrages, and sacrifices; but instead attempting to find a reasonable solution to a very serious problem in spite of such egregious circumstances. Circumstances that can no longer be ignored as these issues of **"Breach of Loyalty / Trust"** and **"Libel"** do have Merit requiring adjudication as per the Intended Purpose of the Judiciary.

57)    In Closing, Respect, and Remembrance of what this **House of Honor** use to be, **and will be again**. I would like to share one final short story with you as I feel it applies here: (If I may ask for a few minor indulgences in creativity with font and bold accents in this story? I'm confident upon reading it you will understand.)

*The year was 1752*; and the place was a small colony named Philadelphia where a little Quaker girl was born. A little girl not unlike any other of her time period. As she grew up, going to school, learning how to do her daily tasks to help the family, she realized the importance of family and that family did not always agree, but that to was okay. She realized this as she found herself falling in love with a man in which her family and religion prohibited as he was not a Quaker. He was Jewish.

Knowing she would face certain consequences from her family and her church she made a *leap of faith* anyway because she *trusted* in herself and her new husband that no matter the circumstances they would always stand by each others' side. To spite her family and church turning away from her, she never turned away from them. The couple later came to own and operate a small upholstery business not far from where she was born. She saw the conflict going on at the time and wanted to give those men fighting for freedom something to carry with them. Something to let them know she and others supported the purpose for which they were fighting.

She started with a white sheet and made it represent the new, pure, and unsettled land. She then added blue to the upper left hand corner to represent the sky covering the land. She then added 7 red strips to signify the blood spilled over the land in the fight for **Freedom** and **Independence.** She then added 13 stars to the blue sky in a circle to represent the 13 new colonies in an unbreakable circle to signify a **Unity of Purpose.** She created this banner so the Union Soldiers would be able to recognize each other from a distance and not mistakenly fire on each other during battle.

40

She wanted them to recognize the fact that others were also fighting for these same reasons and **_UNITE_** in the fight with **Faith, Hope, Duty, Conviction, Service, and Sacrifice** against **Tyranny, Oppression, Persecution,** and **Taxation without Representation**. This banner became known as the **American Flag** in 1777 and flies proudly overhead in **Honor** of all those who fought this war, and still fight to defend her today. We hold our hands over hearts as we **Pledge Our Allegiance** to her in the promise that we will never forget her, or all of those who **Honor and Protect** her, and the principles and practices on which she was conceived.

We carry her with us where ever we go in the world, and off world, to represent these same principles and practices to our allies, and strike fear into the hearts of our enemies. In the unfortunate circumstance that one of them is killed defending her; she covers and protects them on their journey home to their families to be laid to rest in her home soil. She then goes to the homes of those families to comfort them in their time of loss and mourning. She comforts them in the reminder that their **Service** and **Sacrifice** had an **Honorable Meaning, Purpose, and Will Never Be Forgotten**.

If John Hancock, Edward Rutledge, Benjamin Franklin, and the rest of the 56 men who wrote and signed our **Declaration of Independence,** our **Constitution,** and our **Bill of Rights** are **America's Fore Fathers**?

*Betsy Ross* is by every definition, and everything we still fight for, and hold dear today as Americans; *Our Mother*.

41

Our Fore Fathers have taught us **"How"** in the construction of **The Declaration of Independence, Constitution,** and **Bill of Rights**.

Our Mother reminds us **"Why"** in the spirit of seeing our flag, in and on, every **House of Honor** and paying her **Due Respect**. **Respect** for the single most important element which binds us together as a *Republic*.

*Love* of *Family*, *Love* of *God*, and *Love* of *Country*.

This is the **Foundation** on which the **"Scales of Justice"** rest.

<u>Never Forget</u>

We don't have to Love, or even Like, each other to see the importance of

## "Trust"

If, we plan on moving forward to better ourselves…

Which brings me to my final question: <u>Am I going to jail, or am I going to work?</u>

## ~ *Make America Great Again* ~

Print: *Christopher Edward Hallett*

Signed: *Christopher Edward Hallett* ————Date: 2/14/17
        Christopher Edward Hallett **(Dad)**

42

## CONCLUSION STATEMENT OF REQUESTED RELIEF

Put simply; any necessary orders that will enable me to execute all of the "Terms and Conditions" associated with the submitted **"Invoice"** in this matter. Said Invoice is consistent with original relief / remedy requested in January of 2016, submitted timely per the language of the **"Fair Debt Collections Act"**. Date established *May 30, 2016*, served via Certified US Mail as of *August 23, 2016*, and finally sent for Collections on *November 17, 2016* (per Personal Self Defense Policy) in response to provocative action taken by Appellee State of Ohio Child Support Enforcement officer Sharon Gadson. (Named as the acting agent in this suit filing dated *May 26, 2016*)

Print: *Christopher Edward Hallett*

Signed: *Christopher Edward Hallett*    Date: 2/14/17
Christopher Edward Hallett **(Dad)**

43

## CERTIFICATE OF COMPLIANCE

This is to certify that this brief complies with Federal Rule of Appellate Procedure 32(a)(7). This brief is submitted in 14-point Times New Roman font, and it contains 11,520 words.

Signed: _Christopher Edward Hallett_    Date: 2/19/17
Christopher Edward Hallett **(Dad)**

44

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

<u>Christopher Edward Hallett</u> v <u>State of Ohio, Et</u> al        Appeal No:<u>16 – 14969 - FF</u>
*Appellant*                                  *Appellees*

# CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail in compliance with FRAP 25 (b) through (d).

1) State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215
2) Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)
3) Gary Rich, 342 Mahoning Ave, Warren, Oh, 44483
4) Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406
5) Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

Christopher E. Hallett, 16062 SW 34 CT RD, Ocala, Fl, 34473, Phone (352) 470-8460 email: <u>challett92@gmail.com</u>

Print: *Christopher Edward Hallett*

Signed: *Christopher Edward Hallett*        Date: 2/14/17
Christopher Edward Hallett **(Dad)**



**U.S. Department of Justice**

Office of Justice Programs
Civil Rights Division
Office for Access to Justice

*Washington, D.C. 20530*

March 14, 2016

Dear Colleagues:

In December of last year, the Department of Justice brought together judges, court administrators, advocates, prosecutors, and defense attorneys to participate in a working session on "Poverty and the Criminal Justice System: The Effect and Fairness of Fees and Fines." The Department's working session was followed the next day by a meeting at the White House on "A Cycle of Incarceration: Prison, Debt and Bail Practices." These extraordinary convenings raised many critical issues, and highlighted several promising ideas and strategies for reform.

At the end of the meetings, the Department pledged to continue working with the diverse communities represented to help address the complex challenges the assessment and enforcement of fines and fees pose. We are pleased to announce today several initiatives that will help stakeholders make the changes needed to guarantee equal justice under law to everyone, regardless of their financial circumstances.

- The Department's Bureau of Justice Assistance will be awarding $2.5 million in competitive grants to state, local, or tribal jurisdictions, who together with community partners, want to test strategies to restructure the assessment and enforcement of fines and fees through the *Price of Justice: Rethinking the Consequences of Justice Fines and Fees* grant program. Four grants of $500,000 will be awarded to agencies and their collaborative partners to develop strategies that promote appropriate justice system responses, including reducing unnecessary confinement for individuals who are unable to pay fines and fees. An additional grant of $500,000 will be awarded to a technical assistance provider. For agencies interested in applying for this funding opportunity, BJA will host an informational webinar on March 28, 2016, at 11:30 a.m. to describe the background, key concepts, and requirements of the solicitation. To register, please follow this link.

- The Bureau of Justice Assistance plans to provide resources to support the new National Task Force on Fines, Fees, and Bail Practices, led by the Conference of Chief Justices and the Conference of State Court Administrators. The Task Force, which will also be funded by the State Justice Institute, will be comprised of

national leaders from the judiciary, bar, state and local government, the advocacy community, and the academy. It will work to draft model statutes, court rules, and policies and procedures, and will serve as a clearinghouse for best practices and resources. Department officials will also serve as ex officio members of the Task Force.

- The Office of Justice Programs Diagnostic Center is releasing <u>Resource Guide: Reforming the Assessment and Enforcement of Fines and Fees</u>, listing issue studies and various publications related to fines, fees, and other financial obligations. The resources are intended to help executive-level leaders make informed policy decisions and pursue sound strategies at the state, local, and tribal levels.

- The Department has written a "Dear Colleague" letter to state Chief Justices and state court administrators to provide greater clarity to state and local courts regarding their legal obligations with respect to the enforcement of fines and fees. The letter is attached.

We hope these efforts will allow us to continue to work collaboratively to ensure that, in the words of Attorney General Loretta Lynch, there is "no price tag on justice."

Sincerely,

Karol V. Mason
Assistant Attorney General
Office of Justice Programs

Vanita Gupta
Principal Deputy Assistant
 Attorney General
Civil Rights Division

Lisa Foster
Director
Office for Access to Justice



**U.S. Department of Justice**

Civil Rights Division

Office for Access to Justice

*Washington, D.C. 20530*

March 14, 2016

Dear Colleague:

The Department of Justice ("the Department") is committed to assisting state and local courts in their efforts to ensure equal justice and due process for all those who come before them. In December 2015, the Department convened a diverse group of stakeholders—judges, court administrators, lawmakers, prosecutors, defense attorneys, advocates, and impacted individuals—to discuss the assessment and enforcement of fines and fees in state and local courts. While the convening made plain that unlawful and harmful practices exist in certain jurisdictions throughout the country, it also highlighted a number of reform efforts underway by state leaders, judicial officers, and advocates, and underscored the commitment of all the participants to continue addressing these critical issues. At the meeting, participants and Department officials also discussed ways in which the Department could assist courts in their efforts to make needed changes. Among other recommendations, participants called on the Department to provide greater clarity to state and local courts regarding their legal obligations with respect to fines and fees and to share best practices. Accordingly, this letter is intended to address some of the most common practices that run afoul of the United States Constitution and/or other federal laws and to assist court leadership in ensuring that courts at every level of the justice system operate fairly and lawfully, as well as to suggest alternative practices that can address legitimate public safety needs while also protecting the rights of participants in the justice system.

Recent years have seen increased attention on the illegal enforcement of fines and fees in certain jurisdictions around the country—often with respect to individuals accused of misdemeanors, quasi-criminal ordinance violations, or civil infractions.[1] Typically, courts do not sentence defendants to incarceration in these cases; monetary fines are the norm. Yet the harm

---

[1] *See, e.g.*, Civil Rights Division, U.S. Department of Justice, *Investigation of the Ferguson Police Department* (Mar. 4, 2015), http://www.justice.gov/crt/about/spl/documents/ferguson_findings_3-4-15.pdf (finding that the Ferguson, Missouri, municipal court routinely deprived people of their constitutional rights to due process and equal protection and other federal protections); Brennan Center for Justice, *Criminal Justice Debt: A Barrier to Reentry* (2010), *available at* http://www.brennancenter.org/sites/default/files/legacy/Fees%20and%20Fines%20FINAL.pdf (reporting on fine and fee practices in fifteen states); American Civil Liberties Union, *In for a Penny: The Rise of America's New Debtors' Prisons* (2010), *available at* https://www.aclu.org/files/assets/InForAPenny_web.pdf (discussing practices in Louisiana, Michigan, Ohio, Georgia, and Washington state).

1

caused by unlawful practices in these jurisdictions can be profound.  Individuals may confront escalating debt; face repeated, unnecessary incarceration for nonpayment despite posing no danger to the community[2]; lose their jobs; and become trapped in cycles of poverty that can be nearly impossible to escape.[3]  Furthermore, in addition to being unlawful, to the extent that these practices are geared not toward addressing public safety, but rather toward raising revenue, they can cast doubt on the impartiality of the tribunal and erode trust between local governments and their constituents.[4]

To help judicial actors protect individuals' rights and avoid unnecessary harm, we discuss below a set of basic constitutional principles relevant to the enforcement of fines and fees.  These principles, grounded in the rights to due process and equal protection, require the following:

(1) Courts must not incarcerate a person for nonpayment of fines or fees without first conducting an indigency determination and establishing that the failure to pay was willful;

(2) Courts must consider alternatives to incarceration for indigent defendants unable to pay fines and fees;

(3) Courts must not condition access to a judicial hearing on the prepayment of fines or fees;

(4) Courts must provide meaningful notice and, in appropriate cases, counsel, when enforcing fines and fees;

(5) Courts must not use arrest warrants or license suspensions as a means of coercing the payment of court debt when individuals have not been afforded constitutionally adequate procedural protections;

(6) Courts must not employ bail or bond practices that cause indigent defendants to remain incarcerated solely because they cannot afford to pay for their release; and

(7) Courts must safeguard against unconstitutional practices by court staff and private contractors.

In court systems receiving federal funds, these practices may also violate Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, when they unnecessarily impose disparate harm on the basis of race or national origin.

---

[2] Nothing in this letter is intended to suggest that courts may not preventively detain a defendant pretrial in order to secure the safety of the public or appearance of the defendant.

[3] *See* Council of Economic Advisers, Issue Brief, *Fines, Fees, and Bail: Payments in the Criminal Justice System that Disproportionately Impact the Poor*, at 1 (Dec. 2015), *available at* https://www.whitehouse.gov/sites/default/files/page/files/1215_cea_fine_fee_bail_issue_brief.pdf (describing the disproportionate impact on the poor of fixed monetary penalties, which "can lead to high levels of debt and even incarceration for failure to fulfil a payment" and create "barriers to successful re-entry after an offense").

[4] *See* Conference of State Court Administrators, 2011-2012 Policy Paper, *Courts Are Not Revenue Centers* (2012), *available at* https://csgjusticecenter.org/wp-content/uploads/2013/07/2011-12-COSCA-report.pdf.

2

As court leaders, your guidance on these issues is critical. We urge you to review court rules and procedures within your jurisdiction to ensure that they comply with due process, equal protection, and sound public policy. We also encourage you to forward a copy of this letter to every judge in your jurisdiction; to provide appropriate training for judges in the areas discussed below; and to develop resources, such as bench books, to assist judges in performing their duties lawfully and effectively. We also hope that you will work with the Justice Department, going forward, to continue to develop and share solutions for implementing and adhering to these principles.

1. <u>Courts must not incarcerate a person for nonpayment of fines or fees without first conducting an indigency determination and establishing that the failure to pay was willful.</u>

The due process and equal protection principles of the Fourteenth Amendment prohibit "punishing a person for his poverty." *Bearden v. Georgia*, 461 U.S. 660, 671 (1983). Accordingly, the Supreme Court has repeatedly held that the government may not incarcerate an individual solely because of inability to pay a fine or fee. In *Bearden*, the Court prohibited the incarceration of indigent probationers for failing to pay a fine because "[t]o do otherwise would deprive the probationer of his conditional freedom simply because, through no fault of his own, he cannot pay the fine. Such a deprivation would be contrary to the fundamental fairness required by the Fourteenth Amendment." *Id.* at 672-73; *see also Tate v. Short*, 401 U.S. 395, 398 (1971) (holding that state could not convert defendant's unpaid fine for a fine-only offense to incarceration because that would subject him "to imprisonment solely because of his indigency"); *Williams v. Illinois*, 399 U.S. 235, 241-42 (1970) (holding that an indigent defendant could not be imprisoned longer than the statutory maximum for failing to pay his fine). The Supreme Court recently reaffirmed this principle in *Turner v. Rogers*, 131 S. Ct. 2507 (2011), holding that a court violates due process when it finds a parent in civil contempt and jails the parent for failure to pay child support, without first inquiring into the parent's ability to pay. *Id.* at 2518-19.

To comply with this constitutional guarantee, state and local courts must inquire as to a person's ability to pay prior to imposing incarceration for nonpayment. Courts have an affirmative duty to conduct these inquiries and should do so sua sponte. *Bearden*, 461 U.S. at 671. Further, a court's obligation to conduct indigency inquiries endures throughout the life of a case. *See id.* at 662-63. A probationer may lose her job or suddenly require expensive medical care, leaving her in precarious financial circumstances. For that reason, a missed payment cannot itself be sufficient to trigger a person's arrest or detention unless the court first inquires anew into the reasons for the person's non-payment and determines that it was willful. In addition, to minimize these problems, courts should inquire into ability to pay at sentencing, when contemplating the assessment of fines and fees, rather than waiting until a person fails to pay.

Under *Bearden*, standards for indigency inquiries must ensure fair and accurate assessments of defendants' ability to pay. Due process requires that such standards include both notice to the defendant that ability to pay is a critical issue, and a meaningful opportunity for the defendant to be heard on the question of his or her financial circumstances. *See Turner*, 131 S. Ct. at 2519-20 (requiring courts to follow these specific procedures, and others, to prevent unrepresented parties from being jailed because of financial incapacity). Jurisdictions may benefit from creating statutory presumptions of indigency for certain classes of defendants—for example, those eligible for public benefits, living below a certain income level, or serving a term of confinement. *See, e.g.*, R.I. Gen. Laws § 12-20-10 (listing conditions considered "prima facie evidence of the defendant's indigency and limited ability to pay," including but not limited to "[q]ualification for and/or receipt of" public assistance, disability insurance, and food stamps).

2. <u>Courts must consider alternatives to incarceration for indigent defendants unable to pay fines and fees.</u>

When individuals of limited means cannot satisfy their financial obligations, *Bearden* requires consideration of "alternatives to imprisonment." 461 U.S. at 672. These alternatives may include extending the time for payment, reducing the debt, requiring the defendant to attend traffic or public safety classes, or imposing community service. *See id.* Recognizing this constitutional imperative, some jurisdictions have codified alternatives to incarceration in state law. *See, e.g.*, Ga. Code Ann. § 42-8-102(f)(4)(A) (2015) (providing that for "failure to report to probation or failure to pay fines, statutory surcharges, or probation supervision fees, the court shall consider the use of alternatives to confinement, including community service"); *see also Tate*, 401 U.S. at 400 n.5 (discussing effectiveness of fine payment plans and citing examples from several states). In some cases, it will be immediately apparent that a person is not and will not likely become able to pay a monetary fine. Therefore, courts should consider providing alternatives to indigent defendants not only after a failure to pay, but also in lieu of imposing financial obligations in the first place.

Neither community service programs nor payment plans, however, should become a means to impose greater penalties on the poor by, for example, imposing onerous user fees or interest. With respect to community service programs, court officials should consider delineating clear and consistent standards that allow individuals adequate time to complete the service and avoid creating unreasonable conflicts with individuals' work and family obligations. In imposing payment plans, courts should consider assessing the defendant's financial resources to determine a reasonable periodic payment, and should consider including a mechanism for defendants to seek a reduction in their monthly obligation if their financial circumstances change.

3. <u>Courts must not condition access to a judicial hearing on prepayment of fines or fees.</u>

State and local courts deprive indigent defendants of due process and equal protection if they condition access to the courts on payment of fines or fees. *See Boddie v. Connecticut*, 401 U.S. 371, 374 (1971) (holding that due process bars states from conditioning access to

4

compulsory judicial process on the payment of court fees by those unable to pay); *see also Tucker v. City of Montgomery Bd. of Comm'rs*, 410 F. Supp. 494, 502 (M.D. Ala. 1976) (holding that the conditioning of an appeal on payment of a bond violates indigent prisoners' equal protection rights and "'has no place in our heritage of Equal Justice Under Law'" (citing *Burns v. Ohio*, 360 U.S. 252, 258 (1959)).[5]

This unconstitutional practice is often framed as a routine administrative matter. For example, a motorist who is arrested for driving with a suspended license may be told that the penalty for the citation is $300 and that a court date will be scheduled only upon the completion of a $300 payment (sometimes referred to as a prehearing "bond" or "bail" payment). Courts most commonly impose these prepayment requirements on defendants who have failed to appear, depriving those defendants of the opportunity to establish good cause for missing court. Regardless of the charge, these requirements can have the effect of denying access to justice to the poor.

4. <u>Courts must provide meaningful notice and, in appropriate cases, counsel, when enforcing fines and fees.</u>

"An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314-15 (1950); *see also Turner*, 131 S. Ct. at 2519 (discussing the importance of notice in proceedings to enforce a child support order). Thus, constitutionally adequate notice must be provided for even the most minor cases. Courts should ensure that citations and summonses adequately inform individuals of the precise charges against them, the amount owed or other possible penalties, the date of their court hearing, the availability of alternate means of payment, the rules and procedures of court, their rights as a litigant, or whether in-person appearance is required at all. Gaps in this vital information can make it difficult, if not impossible, for defendants to fairly and expeditiously resolve their cases. And inadequate notice can have a cascading effect, resulting in the defendant's failure to appear and leading to the imposition of significant penalties in violation of the defendant's due process rights.

Further, courts must ensure defendants' right to counsel in appropriate cases when enforcing fines and fees. Failing to appear or to pay outstanding fines or fees can result in incarceration, whether through the pursuit of criminal charges or criminal contempt, the imposition of a sentence that had been suspended, or the pursuit of civil contempt proceedings. The Sixth Amendment requires that a defendant be provided the right to counsel in any criminal proceeding resulting in incarceration, *see Scott v. Illinois*, 440 U.S. 367, 373 (1979); *Argersinger v. Hamlin*, 407 U.S. 25, 37 (1972), and indeed forbids imposition of a suspended jail sentence on a probationer who was not afforded a right to counsel when originally convicted and sentenced,

---

[5] The Supreme Court reaffirmed this principle in *Little v. Streater*, 452 U.S. 1, 16-17 (1981), when it prohibited conditioning indigent persons' access to blood tests in adversarial paternity actions on payment of a fee, and in *M.L.B. v. S.L.J.*, 519 U.S. 102, 107 (1996), when it prohibited charging filing fees to indigent persons seeking to appeal from proceedings terminating their parental rights.

5

*see Alabama v. Shelton*, 535 U.S. 654, 662 (2002). Under the Fourteenth Amendment, defendants likewise may be entitled to counsel in civil contempt proceedings for failure to pay fines or fees. *See Turner*, 131 S. Ct. at 2518-19 (holding that, although there is no automatic right to counsel in civil contempt proceedings for nonpayment of child support, due process is violated when neither counsel nor adequate alternative procedural safeguards are provided to prevent incarceration for inability to pay).[6]

5. Courts must not use arrest warrants or license suspensions as a means of coercing the payment of court debt when individuals have not been afforded constitutionally adequate procedural protections.

The use of arrest warrants as a means of debt collection, rather than in response to public safety needs, creates unnecessary risk that individuals' constitutional rights will be violated. Warrants must not be issued for failure to pay without providing adequate notice to a defendant, a hearing where the defendant's ability to pay is assessed, and other basic procedural protections. *See Turner*, 131 S. Ct. at 2519; *Bearden*, 461 U.S. at 671-72; *Mullane*, 339 U.S. at 314-15. When people are arrested and detained on these warrants, the result is an unconstitutional deprivation of liberty. Rather than arrest and incarceration, courts should consider less harmful and less costly means of collecting justifiable debts, including civil debt collection.[7]

In many jurisdictions, courts are also authorized—and in some cases required—to initiate the suspension of a defendant's driver's license to compel the payment of outstanding court debts. If a defendant's driver's license is suspended because of failure to pay a fine, such a suspension may be unlawful if the defendant was deprived of his due process right to establish inability to pay. *See Bell v. Burson*, 402 U.S. 535, 539 (1971) (holding that driver's licenses "may become essential in the pursuit of a livelihood" and thus "are not to be taken away without that procedural due process required by the Fourteenth Amendment"); *cf. Dixon v. Love*, 431 U.S. 105, 113-14 (1977) (upholding revocation of driver's license after conviction based in part on the due process provided in the underlying criminal proceedings); *Mackey v. Montrym*, 443 U.S. 1, 13-17 (1979) (upholding suspension of driver's license after arrest for driving under the influence and refusal to take a breath-analysis test, because suspension "substantially served" the government's interest in public safety and was based on "objective facts either within the personal knowledge of an impartial government official or readily ascertainable by him," making the risk of erroneous deprivation low). Accordingly, automatic license suspensions premised on determinations that fail to comport with *Bearden* and its progeny may violate due process.

---

[6] *Turner*'s ruling that the right to counsel is not automatic was limited to contempt proceedings arising from failure to pay child support to a custodial parent who is unrepresented by counsel. *See* 131 S. Ct. at 2512, 2519. The Court explained that recognizing such an automatic right in that context "could create an asymmetry of representation." *Id.* at 2519. The Court distinguished those circumstances from civil contempt proceedings to recover funds due to the government, which "more closely resemble debt-collection proceedings" in which "[t]he government is likely to have counsel or some other competent representative." *Id.* at 2520.

[7] Researchers have questioned whether the use of police and jail resources to coerce the payment of court debts is cost-effective. *See, e.g.*, Katherine Beckett & Alexes Harris, *On Cash and Conviction: Monetary Sanctions as Misguided Policy*, 10 CRIMINOLOGY & PUB. POL'Y 505, 527-28 (2011). This strategy may also undermine public safety by diverting police resources and stimulating public distrust of law enforcement.

Even where such suspensions are lawful, they nonetheless raise significant public policy concerns. Research has consistently found that having a valid driver's license can be crucial to individuals' ability to maintain a job, pursue educational opportunities, and care for families.[8] At the same time, suspending defendants' licenses decreases the likelihood that defendants will resolve pending cases and outstanding court debts, both by jeopardizing their employment and by making it more difficult to travel to court, and results in more unlicensed driving. For these reasons, where they have discretion to do so, state and local courts are encouraged to avoid suspending driver's licenses as a debt collection tool, reserving suspension for cases in which it would increase public safety.[9]

6. <u>Courts must not employ bail or bond practices that cause indigent defendants to remain incarcerated solely because they cannot afford to pay for their release.</u>

When indigent defendants are arrested for failure to make payments they cannot afford, they can be subjected to another independent violation of their rights: prolonged detention due to unlawful bail or bond practices. Bail that is set without regard to defendants' financial capacity can result in the incarceration of individuals not because they pose a threat to public safety or a flight risk, but rather because they cannot afford the assigned bail amount.

As the Department of Justice set forth in detail in a federal court brief last year, and as courts have long recognized, any bail practices that result in incarceration based on poverty violate the Fourteenth Amendment. *See* Statement of Interest of the United States, *Varden v. City of Clanton*, No. 2:15-cv-34-MHT-WC, at 8 (M.D. Ala., Feb. 13, 2015) (citing *Bearden*, 461 U.S. at 671; *Tate*, 401 U.S. at 398; *Williams*, 399 U.S. at 240-41).[10] Systems that rely primarily on secured monetary bonds without adequate consideration of defendants' financial means tend to result in the incarceration of poor defendants who pose no threat to public safety solely because they cannot afford to pay.[11] To better protect constitutional rights while ensuring defendants' appearance in court and the safety of the community, courts should consider transitioning from a system based on secured monetary bail alone to one grounded in objective risk assessments by pretrial experts. *See, e.g.*, D.C. Code § 23-1321 (2014); Colo. Rev. Stat. 16-

---

[8] *See, e.g.*, Robert Cervero, et al., *Transportation as a Stimulus of Welfare-to-Work: Private versus Public Mobility*, 22 J. PLAN. EDUC. & RES. 50 (2002); Alan M. Voorhees, et al., *Motor Vehicles Affordability and Fairness Task Force: Final Report*, at xii (2006), *available at* http://www.state.nj.us/mvc/pdf/About/AFTF_final_02.pdf (a study of suspended drivers in New Jersey, which found that 42% of people lost their jobs as a result of the driver's license suspension, that 45% of those could not find another job, and that this had the greatest impact on seniors and low-income individuals).

[9] *See* Am. Ass'n of Motor Veh. Adm'rs, *Best Practices Guide to Reducing Suspended Drivers*, at 3 (2013), *available at* http://www.aamva.org/WorkArea/linkit.aspx?LinkIdentifier=id&ItemID=3723&libID=3709 (recommending that "legislatures repeal state laws requiring the suspension of driving privileges for non-highway safety related violations" and citing research supporting view that fewer driver suspensions for non-compliance with court requirements would increase public safety).

[10] The United States' Statement of Interest in *Varden* is available at http://www.justice.gov/sites/default/files/opa/pressreleases/attachments/2015/02/13/varden statement_of_interest.pdf.

[11] *See supra* Statement of the United States, *Varden*, at 11 (citing Timothy R. Schnacke, U.S. Department of Justice, National Institute of Corrections, FUNDAMENTALS OF BAIL: A RESOURCE GUIDE FOR PRETRIAL PRACTITIONERS AND A FRAMEWORK FOR AMERICAN PRETRIAL REFORM, at 2 (2014), *available at* http://nicic.gov/library/028360).

4-104 (2014); Ky. Rev. Stat. Ann. § 431.066 (2015); N.J. S. 946/A1910 (enacted 2015); *see also* 18 U.S.C. § 3142 (permitting pretrial detention in the federal system when no conditions will reasonably assure the appearance of the defendant and safety of the community, but cautioning that "[t]he judicial officer may not impose a financial condition that results in the pretrial detention of the person").

7. <u>Courts must safeguard against unconstitutional practices by court staff and private contractors.</u>

In many courts, especially those adjudicating strictly minor or local offenses, the judge or magistrate may preside for only a few hours or days per week, while most of the business of the court is conducted by clerks or probation officers outside of court sessions. As a result, clerks and other court staff are sometimes tasked with conducting indigency inquiries, determining bond amounts, issuing arrest warrants, and other critical functions—often with only perfunctory review by a judicial officer, or no review at all. Without adequate judicial oversight, there is no reliable means of ensuring that these tasks are performed consistent with due process and equal protection. Regardless of the size of the docket or the limited hours of the court, judges must ensure that the law is followed and preserve "both the appearance and reality of fairness, generating the feeling, so important to a popular government, that justice has been done." *Marshall v. Jerrico, Inc.*, 446 U.S. 238, 242 (1980) (internal quotation marks omitted); *see also* American Bar Association, MODEL CODE OF JUDICIAL CONDUCT, Canon 2, Rules 2.2, 2.5, 2.12.

Additional due process concerns arise when these designees have a direct pecuniary interest in the management or outcome of a case—for example, when a jurisdiction employs private, for-profit companies to supervise probationers. In many such jurisdictions, probation companies are authorized not only to collect court fines, but also to impose an array of discretionary surcharges (such as supervision fees, late fees, drug testing fees, etc.) to be paid to the company itself rather than to the court. Thus, the probation company that decides what services or sanctions to impose stands to profit from those very decisions. The Supreme Court has "always been sensitive to the possibility that important actors in the criminal justice system may be influenced by factors that threaten to compromise the performance of their duty." *Young v. U.S. ex rel. Vuitton et Fils S.A.*, 481 U.S. 787, 810 (1987). It has expressly prohibited arrangements in which the judge might have a pecuniary interest, direct or indirect, in the outcome of a case. *See Tumey v. Ohio*, 273 U.S. 510, 523 (1927) (invalidating conviction on the basis of $12 fee paid to the mayor only upon conviction in mayor's court); *Ward v. Village of Monroeville, Ohio*, 409 U.S. 57, 61-62 (1972) (extending reasoning of *Tumey* to cases in which the judge has a clear but not direct interest). It has applied the same reasoning to prosecutors, holding that the appointment of a private prosecutor with a pecuniary interest in the outcome of a case constitutes fundamental error because it "undermines confidence in the integrity of the criminal proceeding." *Young*, 481 U.S. at 811-14. The appointment of a private probation company with a pecuniary interest in the outcome of its cases raises similarly fundamental concerns about fairness and due process.

\* \* \* \* \*

8

The Department of Justice has a strong interest in ensuring that state and local courts provide every individual with the basic protections guaranteed by the Constitution and other federal laws, regardless of his or her financial means. We are eager to build on the December 2015 convening about these issues by supporting your efforts at the state and local levels, and we look forward to working collaboratively with all stakeholders to ensure that every part of our justice system provides equal justice and due process.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division

Lisa Foster
Director
Office for Access to Justice

9

# JUDGES DICTA ONLY

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Christopher Edward Hallett
         Appellant

VS

State of Ohio, Et al
         Appellee

Re: Case Number: 5:16-CV-238-OC-32-TJC-PRL

Case Number: 16 – 14969 - FF

Title 404 Civil Rights, Other Civil

## APPELLANTS' MOTION TO BE GRANTED E-FILE ACCESS
## TO THE COURT

Appellant comes before the court with this very simple request; acceptance for access to the PACER E-File system for the duration of this case at my own expense. See the attached email for details.

Signed: _Christopher E. Hallett_    Date: 2/14/17
       Christopher E. Hallett

## CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US mail.

1)  State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215
2)  Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)
3)  Gary Rich, 342 Mahoning Ave, Warren, 44483
4)  Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406
5)  Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

Christopher E. Hallett, 16062 SW 34 CT RD, Ocala, Fl, 34473, Phone (352) 470-8460 email: challett92@gmail.com



Chris Hallett <challett92@gmail.com>

## Appellate CM/ECF Registration Status

1 message

**pscmsg@psc.uscourts.gov** <pscmsg@psc.uscourts.gov>     Tue, Feb 14, 2017 at 1:38 PM
To: challett92@gmail.com

This email is notification that your appellate court electronic filing registration has been processed. If the ECF Filing Status is 'Active,' you may begin filing electronically in the court listed below.

If you have any questions, contact the PACER Service Center at (800) 676-6856 between 8 AM and 6 PM Central Time. Please do not reply to this email, the mailbox is not monitored.

Username:          challet8372
Circuit:             U.S. Court of Appeals, Eleventh Circuit
Date/Time Submitted:   2017-02-13 15:08:35
Transaction ID:     33200
Request:            New Registration
Transaction Status:   Rejected
ECF Filing Status:
Comment:            This public filer is not allowed to register with the 11th Circuit Court. To be eligible to register as a user of the ECF system, an attorney must be a member of the 11th Circuit bar in good standing. See Attorney Admissions at www.ca11.uscourts.gov.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Christopher Edward Hallett
   Appellant

VS

Case Numbers: 16–14969 – FF

Re: Case Number: 5:16-CV-238-OC-32PRL

State of Ohio, Et al
Appellee

**Re: Child Support Case Number: 2001026287**
**Depository Number: 16003626DR42**

Title: 404 Civil Rights, Other Civil

## APPELLANTS' MEMORANDUM / NOTICE

Be advised as of February 14, 2017 of the following action/s related to the "Family

Law Issue" only related in tangent to the current matter of consequence before this court.

Signed: _Christopher Hallett_    Date: _2/14/17_
    Christopher E. Hallett (Dad)

**Attachments:**
1. **Motion to Modify Custody**
2. **Motion to Vacate Foreign Support Order**
3. **Memorandum Notice to the local Family Court**

### CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail.

1) State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215

2) Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)

3) Gary Rich, 342 Mahoning Ave, Warren, 44483

4) Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406

5) Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

Christopher E. Hallett, 16062 SW 34 CT RD, Ocala, Fl, 34473, Phone (352) 470-8460
email: challett92@gmail.com

IN THE COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND MARION COUNTY, FLORIDA

Christopher Edward Hallett_____
    Former Husband

Judge: <u>ANN MELINDA CRAGGS</u>

Case Number: <u>16-DR-3626-42</u>

Christina Marie Burnham-Hallett_____
    Former Wife

*FILE COPY*

# FORMER HUSBAND'S MEMORANDUM SERVICE

I, Christopher E Hallett, come before this court Pro Se in the form of this Memorandum

with the attached Appellant Brief as this brief is directly related to Subject Matter of which this

court retains Jurisdiction.

Respectfully Submitted

Signed: _____
    Christopher E. Hallett

Date: _____

**Attachment/s:**
    **Appellant Brief for the Eleventh District Court of Appeals Case No. 16-14969-FF**

## CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail.

1)   State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215
2)   Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)
3)   Gary Rich, 342 Mahoning Ave, Warren, 44483
4)   Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406
5)   Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

Christopher E. Hallett, 16062 SW 34 CT RD, Ocala, Fl, 34473, Phone (352) 470-8460 email:
challett92@gmail.com

IN THE COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND MARION COUNTY, FLORIDA

Christina Marie Burnham-Hallett____

    Petitioner

V

Christopher Edward Hallett____

    Respondent

Judge: <u>ANN MELINDA CRAGGS</u>

Case Number: <u>2016-DR-3626-HJ</u>

## RESPONDENT'S SUBPOENA DUCES TECUM

Respondent comes before the court in the form of this *Subpoena Duces Tecum* for the

*Guardian Ad Litem Report* associated with **Trumbull County Ohio** Case no: **08 DR 00213**.

Said Report will satisfy the request of this court dated January 31, 2017, associated with

evidence submitted (Support Order of said case and court) at the time of the previous "Pick up

Request". The requested Report will provide the necessary transparency, while establishing

validity, to this request. Respondent is perplexed over the secrecy in "Classification of this

Report". It's not like there are National Security Concerns at stake.

Date:_____

*FILE COPY*

_____

       Signature of Judge

Date:_____

_____

       Christopher E. Hallett **(Dad)**

### CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail.

1)   ELEVENTH DISTRICT COURT OF APPEALS
2)   State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215
3)   Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for
     Elise Burkey)
4)   Gary Rich, 342 Mahoning Ave, Warren, 44483
5)   Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406
6)   Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

**Chris Hallett, 16062 SW 34th CT RD, Ocala, Florida, 34473 Phone (352) 470-8460**

1

IN THE COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND MARION COUNTY, FLORIDA

Christina Marie Burnham-Hallett_____
    Petitioner

*FILE COPY*

Judge:_____

Case Number: <u>2016-DR-3626-HJ</u>

Christopher Edward Hallett_____  _____
    Respondent

## RESPONDENT'S MOTION TO
## VACATE THE FOREIGN SUPPORT ORDER

Christopher E Hallett comes before this court Pro Se in the form of this **Motion to Vacate the Foreign Support Order,** dated **October 26, 2012,** as it has been **"Null and Voided"** under established **Federal Civil Procedure** therefore it is no longer enforceable.

Be advised my participation in these proceedings does not constitute my consent of a **Legal Monopoly.**

Date:_____

_____
            Signature of Judge

Date:_____

_____
       Christopher E. Hallett **(Dad)**

### CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail.

1)    ELEVENTH DISTRICT COURT OF APPEALS

2)    State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215

3)    Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)

4)    Gary Rich, 342 Mahoning Ave, Warren, 44483

5)    Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406

6)    Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

**Chris Hallett, 16062 SW 34th CT RD, Ocala, Florida, 34473 Phone (352) 470-8460**

1

IN THE COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND MARION COUNTY, FLORIDA

Christina Marie Burnham-Hallett
    Petitioner

Judge:_____

Case Number: 2016-DR-3626-HJ

Christopher Edward Hallett
    Respondent

*FILE COPY*

# RESPONDENT'S MOTION TO MODIFY CUSTODY

Christopher E Hallett comes before this court Pro Se in the form of this **Motion to Modify Custody** under non-conventional circumstances. Such as this court is aware of the current status of my Federal Redress of ***"Breach of Trust"*** and ***"Libel"*** before the **Eleventh District Court of Appeals** of this Subject Matter; I will be providing notice to the higher court of this action to execute the attached relief and remedy **"Invoice"** associated with these cases. Be advised my participation in these proceedings does not constitute my consent of a **Legal Monopoly** per language written in the following case actions.

Please also be advised of the attached **"Emergency Pick-up Order"** awaiting this courts' signature for execution as written in page 2, Item 1, of said Invoice.

Case numbers are as follows:

**Federal Case: 5:16-CV-238-OC-32-TJC-PRL**
**Appellate Cases: 16 – 14969 & 16-15336**
**Trumbull County Ohio Case: 2008 DR 00213**
**Trumbull County Ohio Case: 2009 DR 00392**
**Trumbull County Ohio Case: 2009 DV 00028**
**Child Support Case: 2001026287**

At this time I wish to advise the court of my intention to put down roots in Marion County and build a technical school **[Marion County Technical Academy, or *M-Tech* for short]** designed to teach junior and senior high school students the intricacies of working in a **Corporate Environment**.

1

In addition to **"Hands On"** style education through traditional **"Shop Settings"**; **"Auto Mechanics"**, **"Auto Body"**, **"Machine Shop"**, **"Welding"**, **"Small Engine Repair"**, **"Heavy Duty Truck and Tractor"**, etc. The students will learn everything from how to manage a **"Profit and Loss Statement"**, **"Inventory Management and Classifications"**, **"Human Resources"**, **"Accounting"**, **"Payroll"**, **"Marketing and Planogramming"**, **"Proper Phone Etiquette"**, "**How to establish Positive Customer Relationships**", how **"SKU's"** are generated, **"Point Of Sale Systems"**, **"Electronic Parts Cataloging"** and so on.

The one element *M-Tech* will offer outside of traditional hands on educational models is an actual **"Functioning Retail Auto and Truck Parts Store"**, combined with private donations will fund *M-Tech*, where the students can earn a pay check while under "**Certified Instructor Supervision**". They will learn the differences between the **"Theory"** and the "**Practical Applications"** of their educations. **Adult Educational Programs** will follow on demand.

The majority of the curriculum has already been established by **ASE** (Automotive Service Excellence). The rest we can supplement with various established **Corporate Training Materials** already implemented and proven effective. Any further assistance such as contact information, direction in the establishment of the necessary 501C3 paperwork, or other unknown judicial means this court is willing to provide in establishing *M-Tech* will be much appreciated.

Date:_____                    _____
                                                                Signature of Judge

Date:_____                    _____
                                                                Christopher E. Hallett **(Dad)**

**Attachment/s:**
   1. **Invoice for execution of legal relief and remedy (other parties already in receipt)**
   2. **Emergency Pickup Order for Amber E Hallett and Steven J Hallett**

2

## AFFIDAVIT OF AFFIRMATION

I Christopher E Hallett hereby certify by signature of this document that all statements and claims made herein are truthful to the fullest extent of my knowledge of this matter.

Signed: _____          Date: _____
            Christopher E. Hallett

State of _____, County of _____

Sworn to or affirmed and signed before me on this date: _____

By: (Notary Public) _____

My commission expires: _____

FILE COPY

## CERTIFICATE OF SERVICE

I, Christopher E Hallett, certify service of this document to all Appellees via US Mail.

1) ELEVENTH DISTRICT COURT OF APPEALS
2) State of Ohio, Mike DeWine, 30 East Broad St, 14th Floor, Columbus, Oh, 43215
3) Elizabeth Tosh, 4301 West Boy Scout Blvd, Suite 400, Tampa, Fl, 33607 (counsel for Elise Burkey)
4) Gary Rich, 342 Mahoning Ave, Warren, 44483
5) Benjamin Joltin, 106 South Broad St, Canfield, Oh, 44406
6) Christina Burnham Hallett, 1750 Manhattan Ave, Youngstown, Oh, 44509

**Chris Hallett, 16062 SW 34th CT RD, Ocala, Florida, 34473 Phone (352) 470-8460**

3

# Previous related cases establishing validity to this claim

- *Sherar v. Cullen, 481 F 945, Miller vs. U.S. , 230 F. 486,489,* Supreme Court Ruling there can be no sanction or penalty imposed upon one because of this exercise of Constitutional Rights.

- *Davis v. Wechsler, 263 US 22, 24.* The assertion of Federal Rights, when plainly and reasonably made, is not to be defeated under the name of local practice.

- *Jenkins v. McKeithern 395 U.S. 411, 421 (1969), Picking v. Pennsylvania R. Co. 151 F.2d 240, and Haines v. Kerner, 92 S. Ct. 747 (1969).* Pro se pleadings are to be considered without regard to technicality. Pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers.

- *Sperry v. State of Florida ex re. The Florida Bar, 373 U.S. 379, 83 S. Ct. 1322, 10 L.Ed. 2d 428 (1963).* Where proceeding is administrative in nature, non-lawyers are authorized to provide representation.

- *Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).* The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

- *Howlett v. Rose, 496 U.S. 356 (1990).* Federal Law and Supreme Court Cases apply to State Court Cases.

- *Owen v. City of Independence,* <u>445</u> <u>U.S.</u> 622 (1980), was a case decided by the <u>United States Supreme Court,</u> in which the court held that a municipality has no immunity from liability under <u>Section 1983</u> flowing from its constitutional violations and may not assert the good faith of its officers as a defense to such liability.

- *Meyer v. Nebraska* 262 U.S. 390, 399, 401 (1923). This fundamental right includes a fundamental constitutionally protected liberty interest in ongoing "companionship and society" with the child, and this includes protection of the relationship between the parent and child even if the child is in state custody.

- *HARDWICK V. VREEKEN* 14, Case: 15-55563, 01/03/2017, ID: 10251467, DktEntry: 46-1, Page 13 of 20
  No official with an IQ greater than room temperature in Alaska could claim that he or she did not know that the conduct at the center of this case violated both state and federal law. The social workers in this case are alleged to have knowingly and maliciously violated the law in their attempt to sever Preslie's protected relationship with her mother. Perjury is a crime under both federal and California state law, as is the knowing submission of false evidence to a court. 18 U.S.C. § 1621; Cal. Penal Code § 118. Both crimes make no distinction between criminal and civil proceedings. This malicious criminal behavior is hardly conduct for which qualified immunity is either justified or appropriate.

4